**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ADMIRAL INSURANCE COMPANY**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:14CV00231 BSM**

**FONZO WAYNE TIDWELL and**
**LLOYD WAYNE TIDWELL**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed with prejudice.

DATED this 29th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE